Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com                    JS-6

Attorneys for Plaintiff
Glenn V. Wilson

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GLENN V. WILSON, | Case No.: CV 12-00639 VBK |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:   January 15, 2013

_____/s/_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: December 28, 2012       Respectfully submitted,

2                                LAW OFFICES OF LAWRENCE D. ROHLFING

3                           BY: /s/ *Steven G. Rosales*
                                _____
4                               Steven G. Rosales
                                Attorney for plaintiff Glenn V. Wilson

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-CV-00639-VBK**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 28, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____