Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com               JS-6

Attorneys for Plaintiff
Glenn V. Wilson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GLENN V. WILSON, ) | Case No.: CV 12-00639 VBK |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE:   January 15, 2013

_____/s/_____
THE HONORABLE VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

1  DATE: December 28, 2012     Respectfully submitted,

2                                                   LAW OFFICES OF LAWRENCE D. ROHLFING

3                                  /s/ *Steven G. Rosales*
                          BY:_____

4                                  Steven G. Rosales
                                Attorney for plaintiff Glenn V. Wilson

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 12-CV-00639-VBK

1

2   I hereby certify that I electronically filed the foregoing with the Clerk of the

3
    Court for this court by using the CM/ECF system on December 28, 2012.
4

5   I certify that all participants in the case are registered CM/ECF users and

6   that service will be accomplished by the CM/ECF system.

7
    */s/ Steven G. Rosales*
8
    _____
9   Steven G. Rosales
    Attorneys for Plaintiff
10  _____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26